JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Regalado, Jr., et al, <br><br> PLAINTIFF(S) <br> v. <br> Aurora Hernandez, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 5:17-cv-02236-MCS-SP <br><br> **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable  Mark C. Scarsi  District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Fernando Regalado, Jr. and Eileen Regalado

recover of the defendant(s):

Ausencio Ramos, Jr.

the sum of $35,200.00 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of  to be determined  .

Clerk, U. S. District Court

Dated: August 25, 2021

By Stephen Montes Kerr
   Deputy Clerk

At: Los Angeles, California

cc: *Counsel of record*